FILED _____ ENTERED
LODGED _____ RECEIVED

# UNITED STATES DISTRICT COURT
for the
District of Maryland

JUN 28 2013

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

In the Matter of the Search of                   )
*(Briefly describe the property to be searched*    )
*or identify the person by name and address)*     )   Case No.   **13-1410 TJS**
Yahoo! Inc.                                      )
701 First Avenue, Sunnyvale, CA 94089            )
Email Account "Dorafan1995@yahoo.com"            )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the ___Northern___ District of ___California___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
   x  evidence of a crime;
   x  contraband, fruits of crime, or other items illegally possessed;
   x  property designed for use, intended for use, or used in committing a crime;
   ☐  a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Distribution of Child Pornography |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography |

The application is based on these facts:

See Attached Affidavit

   x  Continued on the attached sheet.
   ☐  Delayed notice of ___ days (give exact ending date if more than 30 days: _____) is requested
       under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Daniel E. O'Donnell, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 7, 2013

*Judge's signature*

City and state: Baltimore, Maryland                Timothy J. Sullivan, U.S. Magistrate Judge
*Printed name and title*

JTM 2013R00032